# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICK MCQUILLEN,

    *Petitioner*,

vs.

E. K. MCDANIEL, *et al.*,

    *Respondents.*

3:04-cv-0608-LRH-VPC

ORDER

    In this habeas matter under 28 U.S.C. § 2254, petitioner's counsel refers, in the opposition (#25) to the respondents' motion (#19) to dismiss, to exhibits that are stated to be filed with the opposition. #25, at 2, n.1. While chambers was provided a courtesy copy of the exhibits referred to in the opposition, the exhibits are not of record.

    IT THEREFORE IS ORDERED that, within five (5) business days of entry of this order, petitioner shall file into the record the exhibits and index of exhibits intended to be attached to the opposition.

    DATED this 10th day of July, 2006.

    _____
    LARRY R. HICKS
    United States District Judge