# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK MCQUILLEN,<br><br>    Petitioner,<br><br>vs.<br><br>E.K. MCDANIEL, et al.<br><br>    Respondents. | 3:04-cv-00608-LRH-VPC<br><br>ORDER |

In connection with petitioner's motion (#36) to appeal *in forma pauperis* and supporting affidavit (#37),

IT IS ORDERED that, within fifteen (15) days of entry of this order, petitioner shall file a current financial certificate and updated statement of his inmate trust account for the past six months.

IT FURTHER IS ORDERED that respondents' counsel shall take whatever steps as are necessary to ensure that inmate accounting for the Nevada Department of Corrections expedites the preparation of the foregoing within the above deadline.

DATED this 7th day of November, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE