# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICK MCQUILLEN,

    Petitioner,

vs.

E.K. MCDANIEL, et al.

    Respondents.

3:04-cv-00608-LRH-VPC

ORDER

    This represented habeas matter under 28 U.S.C. § 2254 comes before the Court on the petitioner's request (#44) for reconsideration of the Court's prior order (#43) denying petitioner's motion to appeal *in forma pauperis* and further for a status conference.

    The relevant background is set forth in the Court's prior order. The Court noted that petitioner had made false declarations under penalty of perjury in the motion and supporting affidavit and that petitioner had sufficient available funds to pay the filing fee on appeal. The Court denied the petitioner's motion to appeal *in forma pauperis*. The Court further directed that a copy of its order be forwarded to the United States Attorney for possible investigation as to perjury and to the appropriate authorities with the Nevada Department of Corrections for possible investigation as to the commission of a major disciplinary violation for making false statements to a court. #43.

    In the present motion, petitioner seeks reconsideration of both aspects of the prior order.

    With regard to the request to proceed *in forma pauperis* on appeal, the Court notes that it ruled on a motion to proceed on appeal *in forma pauperis* that was submitted by the petitioner on his own initiative. Petitioner now contends that he was not required to apply to proceed *in forma pauperis* on

appeal or to pay the filing fee on appeal because he was appointed counsel under the Criminal Justice Act. Petitioner relies upon, *inter alia*, the following provision of the Act:

> **Proceedings before appellate courts**. – If a person for whom counsel is appointed under this section appeals to an appellate court or petitions for a writ of certiorari, he may do so without prepayment of fees and costs or security therefor and without filing the affidavit required by section 1915(a) of title 28.

18 U.S.C. § 3006A(d)(7). Ninth Circuit Rule 3-1 similarly provides in pertinent part that "[t]he docket fee need not be paid upon filing of the notice of appeal when: (a) the district court or this court has granted . . . Criminal Justice Act status."

The Court is persuaded that petitioner is not required to pay the filing fee on appeal under the foregoing authorities. *Accord United States v. Dangdee*, 608 F.2d 807, 810 (9th Cir. 1979)(criminal defendant with CJA appointed counsel was entitled to appeal without payment of fees and costs). The portion of the Court's prior order requiring payment of the filing fee on appeal therefore will be vacated.

With regard to the remaining provisions of the Court's prior order, the question of whether petitioner's false statements to the Court warrant prosecution and/or disciplinary action in the circumstances presented is a matter committed to the discretion of the appropriate authorities.

Counsel further requests a status conference if the Court has any questions. The Court does not have any questions regarding the matter, and a status conference is not necessary.

IT THEREFORE IS ORDERED that petitioner's request (#44) for reconsideration of the Court's prior order (#43) is GRANTED IN PART and DENIED IN PART as set forth below.

IT FURTHER IS ORDERED that the portion of the Court's prior order (#43) denying petitioner's motion (#36) to appeal *in forma pauperis* is VACATED to that extent only, such that petitioner is not required to pay the filing fee on appeal. The remaining provisions of the Court's prior order (#43) remain in full force and effect.

DATED this 30th day of January, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE